UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - - - - -

UNITED STATES OF AMERICA,

     Plaintiff,        No.  1:07-CR-42

    vs.           Hon. Hugh W. Brenneman, Jr.

AMBER ANN BAKER,

     Defendant.

                 /

## ORDER FOR DISMISSAL OF FELONY INFORMATION

The United States having filed a Motion to Dismiss the Felony Information against

AMBER ANN BAKER for the reason that she was sentenced on a misdemeanor offense on

October 15, 2007 pursuant to a written plea agreement, and that her sentence in this case

adequately reflects her minor role in the mail fraud offense,

 The motion is GRANTED, and the Felony Information is DISMISSED.

 IT IS SO ORDERED.


Dated:  Oct. 15, 2007      /s/ Hugh W. Brenneman, Jr.
               HUGH W. BRENNEMAN, JR.
               United States Magistrate Judge
               United States District Court
               Western District of Michigan